## UNITED STATES DISTRICT COURT at LEXINGTON, KY

Eastern District of Kentucky
FILED
OCT 3 0 2007
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

Christopher Glenn Canaday, Plaintiff     v.     United Parcel Service Inc., Defendant

5:07-365-KSF

**Cause of Action**: Wrongful termination. (KRS 413.120, KRS 413.130, KRS 413.160)

1) United Parcel Service (UPS) wrongfully terminated Mr. Canaday following a career of over fifteen years at the company in both management and union positions in the Lexington, KY building.

(KRS 336.700)

2) UPS retaliated and discriminated against Mr. Canaday after he spoke to power at UPS about UPS manager's corrupt actions and illegal ways. (KRS 342.197, KRS 344.280)

3) UPS managers created a hostile work environment for Mr. Canaday, ignored Mr. Canaday's concerns about fair treatment and employment opportunities, systematically manipulated and abused Mr.

Canaday's safety and standing within the company, and conspired to disrespect Mr. Canaday's health, welfare, and future well-being. (KRS 342.335, KRS 344.280)

4) UPS representatives intentionally acted in bad faith toward resolving employment matters relevant to Mr. Canaday's continuing employment with the company. UPS violated the American's with Disabilities Act of 1990, as well as violated the Rehabilitation Act of 1973, and facilitated the final process for Mr. Canaday's extermination after authorizing a UPS agent to provide a UPS legal representation number in Paducah as a contact for resolving all remaining employment matters. (KRS 342.365, KRS 336.700)

5) Mr. Canaday's wrongful termination took place after he applied for unemployment payments (KRS 341.090) when all calls seeking resolution to employment matters by UPS managers and their stated legal representatives in Paducah, KY were not returned.

6) UPS managers coordinated retaliatory measures against Mr. Canaday, and implemented a series of actions to threaten, and then carry out, his termination from his job for speaking the truth and for pointing out the discrepancies between their words and their deeds. (KRS 342.038, KRS 344.280)

**Prayer of Relief:**

A jury trial is requested, and a prayer for the sum of Fifty Million Dollars (50,000,000.00) is preferred for compensatory and punitive damages awarded to Christopher Glenn Canaday, the plaintiff in this cause of action, as remedy to make him whole for wrongful termination actions by United Parcel Service, its managers, and all other UPS representatives and agents.  The jury, in awarding this amount, will send a clear message to UPS; and to all the UPS representatives or agents who conspired to engage in this illegal corporate behavior, that they must eradicate their unlawful employment, and unethical business, practices.  Further, by demanding this relief, the jury will send a signal that UPS's contemptuous, discriminatory, retaliatory, malicious and reckless conduct shall not be permitted, and that UPS's conduct will not be tolerated as acceptable corporate policy for dealing with employees who voice legitimate concerns.

Respectfully Submitted,

*/s/ Christopher Glenn Canaday*

Christopher Glenn Canaday

2216 Belmont Boulevard #3

Nashville, TN 37212

(615) 525 – 3637