Eastern District of Kentucky
FILED
FEB 29 2008
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

CHRISTOPHER GLENN CANADAY            PLAINTIFF

vs.            CIVIL ACTION NO. 5:07CV-365-KSF

UNITED PARCEL SERVICE, INC.            DEFENDANT

## AGREED ORDER DISMISSING

The Plaintiff and Defendant, having moved for the dismissal of the within action, and the Court being otherwise fully advised;

IT IS HEREBY ORDERED AND ADJUDGED that the causes of action of the Plaintiff asserted herein are dismissed, without prejudice, with each party to bear its own costs.

_KSF_
JUDGE, UNITED STATES DISTRICT COURT

2/29/08
Date entered

HAVE SEEN AND AGREED TO:

| | |
|---|---|
| _Christopher Glenn Canaday_ | _David L. Hoskins_ |
| Christopher Glenn Canaday | David L. Hoskins |
| Plaintiff | Frost Brown Todd LLC |
| 2216 Belmont Blvd., #3 | 400 West Market Street, 32nd Floor |
| Nashville, TN 37212 | Louisville, Kentucky 40202-3363 |
| (615) 525-3637 | (502) 589-5400 |
| | Attorneys for Defendant |